ROS.24356

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| LEASA AND BRET WILLIAMS, § | |
|     Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. 4:19-cv-00872 |
| § | |
| ROSS STORES, INC., § | |
|     Defendant. § | |

## APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| APPX. | PAGES | DOCUMENT |
|---|---|---|
| A | 1-9 | Deposition of Plaintiff Leasa Williams – Redacted for size and relevance |
| B | 10 | Store surveillance video (courtesy copies being provided to the Court and Plaintiffs' counsel) |
| C | 11 | Video still image attached as Exhibit 2 to the Deposition of Leasa Williams |
| D | 12 | Video flip images attached as Exhibit 3 to the Deposition of Leasa Williams |
| | | **Non-Published Cases (per Judge Rule II(C)** (Cases have been annotated, and redacted for size and relevance) |
| E | 13-16 | *ADT LLC v. Capital Connect, Inc*., 2017 WL 1426302 (N.D. Tex. 2017) |
| F | 1719 | *Carter v. Tarantino Properties, Inc*., 2019 WL 346895 (Tex. App.—Houston [1st Dist.] 2019, no pet. h.) |
| G | 20 | *Dangler v. Kohl's Dep't Stores, Inc*., 2015 WL 12532127 (S.D. Tex. 2015) |
| H | 21-24 | *Diaz v. D.R. Wright Enterprises, Inc.,* 2018 WL 3484227 (Tex. App.—Dallas 2018, no pet. h.) |
| I | 25-27 | *Henson v. Kroger Texas, L.P*., 2017 WL 2168526 (N.D. Tex. 2017) |
| J | 28-29 | *Hernandez v. Sun Crane & Hoist, Inc*., 2018 WL 5725243 (Tex. App.—Dallas 2018, no pet. h.) |
| K | 30-31 | *Hughes* v. *Kroger Texas L.P.,* 2016 WL 3390510 (N.D. Tex. 2016) |
| L | 32-35 | *Lippoldt v. Quillian*, 2016 WL 7405811 (Tex. App.—Fort Worth 2016, no pet.) |
| M | 36-37 | *Lovo v. Express Courier Int'l, Inc*., 2019 WL 387367 (N.D. Tex. 2019) |
| N | 38-41 | *Lowery v. Wal-Mart Stores Texas, LLC*, 2017 WL 999259 (S.D. Tex. 2017) |
| O | 42-43 | *Manna v. Ross Dress for Less, Inc*., 2019 WL 4087376 (W.D. Tex. 2019) |
| P | 44-46 | *Mata v. Energy Absorption Sys*., LLC, 2011 WL 1233584 (Tex. App.—Houston [1st Dist.] 2011, no pet.) |

| Q | 47-51 | *Molina v. HEB Grocery Co., L.P.*, 2017 WL 4766655 (Tex. App.—Austin 2017, no pet.)[1] |
|---|---|---|
| R | 52-54 | *Nethery v. Turco*, 2017 WL 2774448 (Tex. App.—Dallas 2017, no pet.) |
| S | 55-59 | *Simpson v. Orange County Bldg. Materials, Inc.*, 2019 WL 470090 (Tex. App.—Beaumont 2019, no pet. h) |
| T | 60-61 | *Smith v. Dallas County Hosp. Dist.*, 2014 WL 6991482 (N.D. Tex. 2014) |

Respectfully submitted,

**FLETCHER, FARLEY SHIPMAN & SALINAS, LLP**

 */s/ Fernando P. Arias*
**FERNANDO P. ARIAS**
ATTORNEY IN CHARGE
State Bar No. 24025946
**C. RYAN CURRY**
State Bar No. 24050145
9201 N. Central Expwy., Suite 600
Dallas, Texas  75231
214-987-9600
214-987-9866  fax
fred.arias@fletcherfarley.com
ryan.curry@fletcherfarley.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same was delivered to all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 16th day of April, 2020.

 */s/ Fernando P. Arias*
**FERNANDO P. ARIAS**

---

[1] This case was mistakenly included as a string-sight, and while it is a premises liability case, addresses more directly a slip-and-fall scenario. Therefore, there are no annotations in the case.